

**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: November 25, 2019**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

MELVIN MARSHALL THAGGARD
LACRYSTAL APRIL RHYNES

CHAPTER 13 NO.:

19 – 03455 – NPO

**AGREED ORDER**

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss [DK #27   ]; and the Court being fully advised in the premises finds that the parties agree as follows:

THAT, should the Debtor become 60 days or more delinquent in Chapter 13 Plan Payments, calculated from the first day of the first delinquent month, this case shall be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

_____
JUSTIN B. JONES – MSB #103295
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

_____
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS