**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                              CHAPTER 13 NO.:

MELVIN MARSHALL THAGGARD
LACRYSTAL APRIL RHYNES                                               19 – 03455 – JAW

**RULE 3011 LIST OF UNCLAIMED FUNDS,**
**CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Melvin Marshall Thaggard LaCrystal April Rhynes | 30 CR 503263 Newton, MS  39345 | $  5.37 |

THAT, this check was sent to the above named Debtors at the address listed above, which is the address listed on the Debtors' schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:    August      20     , 2025

                                                                Respectfully submitted,

                                                                  /s/Harold J. Barkley, Jr.
                                                                HAROLD J. BARKLEY, JR. – MSB #2008
                                                                CHAPTER 13 TRUSTEE
                                                                POST OFFICE BOX 4476
                                                                JACKSON, MS 39296-4476
                                                                PHONE: 601/362-6161 FAX: 601/362-8826
                                                                E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Melvin Marshall Thaggard
LaCrystal April Rhynes
30 CR 503263
Newton, MS 39045


Dated:    August      20     , 2025

                                                                  /s/Harold J. Barkley, Jr.
                                                                HAROLD J. BARKLEY, JR.