Generated: Aug 25, 2025 3:20PM                                                                 Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Aug 25, 2025 3:20PM

Harold J Barkley, Chapter 13 Trustee

Rcpt. No: 30000866        Trans. Date: Aug 25, 2025 3:20PM        Cashier ID: #SH (3823)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 19-03455-JAW | 1 | 5.37 | 5.37 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #924568 | 08/25/2025 | $5.37 |

Total Due Prior to Payment: $5.37
Total Tendered: $5.37
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Debtor**: Melvin Marshall Thaggard and Lacrystal April Rhynes

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.