# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

RECEIVED

AUG 25 2025

Danny L. Miller, Clerk of Court
By:_____, Deputy Clerk

IN THE MATTER OF:

MELVIN MARSHALL THAGGARD
LACRYSTAL APRIL RHYNES

CHAPTER 13 NO.:

19 - 03455 - JAW

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Melvin Marshall Thaggard<br>LaCrystal April Rhynes | 30 CR 503263<br>Newton, MS 39345 | $ 5.37 |

THAT, this check was sent to the above named Debtors at the address listed above, which is the address listed on the Debtors' schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated: August ___20___, 2025

Respectfully submitted,

__/s/Harold J. Barkley, Jr.__
HAROLD J. BARKLEY, JR. - MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

### CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Melvin Marshall Thaggard
LaCrystal April Rhynes
30 CR 503263
Newton, MS 39045

Dated: August ___20___, 2025

__/s/Harold J. Barkley, Jr.__
HAROLD J. BARKLEY, JR.